IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Amber D. Halldin<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　　Movant(s)<br>　　　　vs.<br>Amber D. Halldin<br><br>　　　　Respondent(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 17-70357-JAD<br>Chapter 13<br><br>Doc #____130____　FILED<br>　　　　　　　　　6/3/22 11:09 am<br>　　　　　　　　　CLERK<br>　　　　　　　　　U.S. BANKRUPTCY<br>　　　　　　　　　COURT - WDPA |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on May 11, 2022 (document #125) is hereby WITHDRAWN. The hearing scheduled for June 8, 2022 is cancelled.

　　　　　　　　　　　　　　　　Respectfully submitted

6/2/2022　　　　　　　　　　　/s/ Ronda J. Winnecour
　　　　　　　　　　　　　　　　Ronda J. Winnecour (PA I.D. #30399)
　　　　　　　　　　　　　　　　Attorney and Chapter 13 Trustee
　　　　　　　　　　　　　　　　U.S. Steel Tower – Suite 3250
　　　　　　　　　　　　　　　　600 Grant Street
　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　(412) 471-5566
　　　　　　　　　　　　　　　　cmecf@chapter13trusteewdpa.com

SO ORDERED THIS 3RD DAY OF JUNE 2022

_/s/_ jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-70357-JAD
Amber D. Halldin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: auto    Page 1 of 2
Date Rcvd: Jun 03, 2022    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

**Recip ID    Recipient Name and Address**
jdb    + Amber D. Halldin, PO Box 53, Lucernemines, PA 15754-0053

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC cwohlrab@raslg.com

Jerome B. Blank
    on behalf of Creditor PHH Mortgage Corporation pawb@fedphe.com

John R. Lhota
    on behalf of Joint Debtor Amber D. Halldin lrj@atlanticbbn.net tmb@atlanticbbn.net

Mario J. Hanyon
    on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Jun 03, 2022 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

TOTAL: 9