**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  AMBER D HALLDIN<br><br>              Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>       vs.<br>  AMBER D HALLDIN<br><br><br>        Respondents | Case No. 17-70357JAD<br><br>Chapter 13<br><br>Document No. 139 |

FILED
12/13/22 7:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  13th  day of  December , 20 22 , it is hereby ORDERED, ADJUDGED, and DECREED that,

Commonwealth Of Pa-Torrance State Hospital
Attn: Payroll Manager
121 Longview Dr
Torrance, PA 15779

is hereby ordered to immediately terminate the attachment of the wages of AMBER D HALLDIN, social security number XXX-XX-9003. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of AMBER D HALLDIN.

BY THE COURT:

_____
jsf
UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70357-JAD |
| Amber D. Halldin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | + Amber D. Halldin, PO Box 53, Lucernemines, PA 15754-0053 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation jblank@pincuslaw.com |
| John R. Lhota | on behalf of Joint Debtor Amber D. Halldin lrj@atlanticbbn.net  tmb@atlanticbbn.net |
| Mario J. Hanyon | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com

TOTAL: 9