IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   AMBER D. HALLDIN, | : Bankruptcy No. 17-70357-JAD |
| | : Chapter 13 |
| Debtor | : Document No. 145 |
| _____ | : Related Document No. 140 |
| AMBER D. HALLDIN, | : |
| Movant | : |
| v. | : |
| | : |
| NO RESPONDENT | : |

    I, John R. Lhota, Attorney at Law, John R. Lhota P.C. Law Offices, counsel of record to the Debtor/Movant in this matter, hereby certify that I am more than 18 years of age and that on December 29, 2022 I served a true and correct copy of the Order to Stop Payroll Deductions dated December 13, 2022 which has been filed at Document No. 140 in the above matter on the Debtor's employer, the Commonwealth of Pennsylvania/Torrance State Hospital, Attention: Payroll Manager, 121 Longview Drive, Torrance, PA 15779 by United States first class mail.

                                                  Respectfully submitted,

                                                  /s/John R. Lhota
                                                  Signature of Counsel or Debtor(s) if pro se
                                                  John R. Lhota
                                                  Typed Name
                                                  26 South Second Street, Clearfield, PA 16830
                                                  Address
                                                  814-765-9611
                                                  Phone No.
                                                  22492; Pennsylvania

Dated:  December 29, 2022