Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Amber D. Halldin**
**aka Amber Hiltabidle, aka Amber Free**
  Debtor(s)

Bankruptcy Case No.: 17−70357−JAD

Chapter: 13
Docket No.: 152 − 151

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

 **AND NOW,** this The 26th of February, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/17/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/26/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/17/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-70357-JAD
Amber D. Halldin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 3
Date Rcvd: Feb 27, 2023      Form ID: 408      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Amber D. Halldin, PO Box 53, Lucernemines, PA 15754-0053 |
| 14419096 | + | Aetna, 151 Farmington Avenue, Hartford, CT 06156-0002 |
| 14419100 | + | Cambria Thrift, 21 West Market Street, Blairsville, PA 15717-1327 |
| 14419102 | | Discover Bank, c/o Weltman, Weinberg & Reis Co., 2500 Koppers Bldg., 436 7th Avenue, Pittsburgh, PA 15219-1842 |
| 14419107 | + | Sterling Jewelers, Indiana Mall, 2334 Oakland Avenue Ste. 255, Indiana, PA 15701-3348 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2023 00:08:23 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2023 00:08:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14419098 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2023 00:08:41 | AT&T Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14642219 | | Email/Text: bnc@atlasacq.com | Feb 28 2023 00:09:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14635597 | | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2023 00:09:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14419097 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2023 00:09:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 14419099 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 28 2023 00:09:00 | Barclay Card Mastercard, PO Box 8834, Wilmington, DE 19899-8834 |
| 14419101 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2023 00:08:23 | Capital One, ATTN: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15443572 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2023 00:09:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14419102 | | Email/Text: pitbk@weltman.com | Feb 28 2023 00:09:00 | Discover Bank, c/o Weltman, Weinberg & Reis Co., 2500 Koppers Bldg., 436 7th Avenue, Pittsburgh, PA 15219-1842 |
| 14520617 | | Email/Text: mrdiscen@discover.com | Feb 28 2023 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14419103 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2023 00:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14707095 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2023 00:08:05 | LVNV Funding LLC, c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2023 | Form ID: 408 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14681847 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2023 00:08:41 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15511207 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2023 00:09:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14709545 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 28 2023 00:09:00 | Lakeview Loan Servicing, LLC, c/o Loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14637955 | Email/PDF: cbp@onemainfinancial.com | Feb 28 2023 00:08:04 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14419104 | Email/PDF: cbp@onemainfinancial.com | Feb 28 2023 00:08:38 | One Main Financial, 475 Ben Franklin Road, Town Fair Plaza S#64, Indiana, PA 15701 |
| 14419105 | + Email/Text: BKEBN-Notifications@ocwen.com | Feb 28 2023 00:09:00 | PHH Mortgage Corp., Mortgage Service Center, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14667004 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2023 00:08:21 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14699231 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2023 00:08:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14419106 | + Email/Text: bankruptcynotices@psecu.com | Feb 28 2023 00:09:00 | PSECU, P. O. Box 67013, Harrisburg, PA 17106-7013 |
| 14650498 | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2023 00:09:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | PHH Mortgage Corporation |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2023 at the address(es) listed

District/off: 0315-7 User: auto Page 3 of 3
Date Rcvd: Feb 27, 2023 Form ID: 408 Total Noticed: 27

**below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation jblank@pincuslaw.com |
| John R. Lhota | on behalf of Joint Debtor Amber D. Halldin lrj@atlanticbbn.net  tmb@atlanticbbn.net |
| Mario J. Hanyon | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |

TOTAL: 9