**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| AMBER D HALLDIN | Case No.:17-70357 JAD |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/08/2017 and confirmed on 9/21/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 51,816.99 |
| Less Refunds to Debtor | 190.70 | |
| TOTAL AMOUNT OF PLAN FUND | | 51,626.29 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,810.00 | |
|   Trustee Fee | 2,302.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,112.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 25,833.76 | 0.00 | 25,833.76 |
|     Acct: 5413 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 741.75 | 741.75 | 0.00 | 741.75 |
|     Acct: 5413 | | | | |
|   ALLY FINANCIAL(*) | 14,110.25 | 14,110.25 | 1,589.29 | 15,699.54 |
|     Acct: 0504 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 3,261.06 | 3,261.06 | 700.65 | 3,961.71 |
|     Acct: 1019 | | | | |
| | | | | 46,236.76 |
| **Priority** | | | | |
|   JOHN R LHOTA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMBER D HALLDIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMBER D HALLDIN | 137.58 | 137.58 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMBER D HALLDIN | 53.12 | 53.12 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN R LHOTA ESQ | 1,810.00 | 1,810.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 967.00 | 967.00 | 0.00 | 967.00 |
|     Acct: 9003 | | | | |
|   INDIANA COUNTY PROTHONOTARY & CLI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXX2010 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9003 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX JAD | | | | |
| | | | | 1,277.00 |
| **Unsecured** | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9003 | | | | |
|   AETNA CASUALTY & SURETY CO. | 0.00 | 0.00 | 0.00 | 0.00 |

17-70357 JAD Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | CITIBANK/UNIVERSAL CARD SVCS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 7,320.05 | 0.00 | 0.00 | 0.00 |
| | Acct: 0111 | | | | |
| | CAMBRIA THRIFT CONSUMER DISC CO | 2,044.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 4192 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 1,678.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 4078 | | | | |
| | DISCOVER BANK(*) | 2,511.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 3441 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 4,767.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 4661 | | | | |
| | LVNV FUNDING LLC | 1,129.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 2115 | | | | |
| | INTERNAL REVENUE SERVICE* | 147.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 9003 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDI( | 125.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 3147 | | | | |
| | ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS  47,513.76

TOTAL CLAIMED
PRIORITY        1,277.00
SECURED        18,113.06
UNSECURED    19,724.09

Date: 02/23/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  AMBER D HALLDIN

         Debtor(s)

  Ronda J. Winnecour
         Movant
           vs.
  No Repondents.

Case No.:17-70357 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-70357-JAD
Amber D. Halldin Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: auto Page 1 of 3
Date Rcvd: Feb 27, 2023 Form ID: pdf900 Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol  Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Amber D. Halldin, PO Box 53, Lucernemines, PA 15754-0053 |
| 14419096 | + | Aetna, 151 Farmington Avenue, Hartford, CT 06156-0002 |
| 14419100 | + | Cambria Thrift, 21 West Market Street, Blairsville, PA 15717-1327 |
| 14419102 | | Discover Bank, c/o Weltman, Weinberg & Reis Co., 2500 Koppers Bldg., 436 7th Avenue, Pittsburgh, PA 15219-1842 |
| 14419107 | + | Sterling Jewelers, Indiana Mall, 2334 Oakland Avenue Ste. 255, Indiana, PA 15701-3348 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2023 00:08:23 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2023 00:08:40 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14419098 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2023 00:08:22 | AT&T Universal Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14642219 | | Email/Text: bnc@atlasacq.com | Feb 28 2023 00:09:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14635597 | | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2023 00:09:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14419097 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 28 2023 00:09:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 14419099 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 28 2023 00:09:00 | Barclay Card Mastercard, PO Box 8834, Wilmington, DE 19899-8834 |
| 14419101 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2023 00:08:23 | Capital One, ATTN: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15443572 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2023 00:09:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 14419102 | | Email/Text: pitbk@weltman.com | Feb 28 2023 00:09:00 | Discover Bank, c/o Weltman, Weinberg & Reis Co., 2500 Koppers Bldg., 436 7th Avenue, Pittsburgh, PA 15219-1842 |
| 14520617 | | Email/Text: mrdiscen@discover.com | Feb 28 2023 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14419103 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2023 00:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14707095 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2023 00:08:05 | LVNV Funding LLC, c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |

Case 17-70357-JAD   Doc 154   Filed 03/01/23   Entered 03/02/23 00:28:05   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14681847 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2023 00:08:22 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15511207 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2023 00:09:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14709545 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 28 2023 00:09:00 | Lakeview Loan Servicing, LLC, c/o Loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14637955 | | Email/PDF: cbp@onemainfinancial.com | Feb 28 2023 00:08:39 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14419104 | | Email/PDF: cbp@onemainfinancial.com | Feb 28 2023 00:08:20 | One Main Financial, 475 Ben Franklin Road, Town Fair Plaza S#64, Indiana, PA 15701 |
| 14419105 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 28 2023 00:09:00 | PHH Mortgage Corp., Mortgage Service Center, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 14667004 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2023 00:08:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14699231 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 28 2023 00:08:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14419106 | + | Email/Text: bankruptcynotices@psecu.com | Feb 28 2023 00:09:00 | PSECU, P. O. Box 67013, Harrisburg, PA 17106-7013 |
| 14650498 | | Email/Text: bnc-quantum@quantum3group.com | Feb 28 2023 00:09:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | PHH Mortgage Corporation |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2023 | Form ID: pdf900 | Total Noticed: 27 |

**below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC cwohlrab@raslg.com |
| Jerome B. Blank | on behalf of Creditor PHH Mortgage Corporation jblank@pincuslaw.com |
| John R. Lhota | on behalf of Joint Debtor Amber D. Halldin lrj@atlanticbbn.net  tmb@atlanticbbn.net |
| Mario J. Hanyon | on behalf of Creditor PHH Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |

TOTAL: 9