**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>AMBER D HALLDIN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-70357 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/08/2017 and confirmed on 09/21/2017. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 53,177.86 |
| Less Refunds to Debtor | | 1,551.57 | |
| TOTAL AMOUNT OF PLAN FUND | | | 51,626.29 |
| | | | |
| Administrative Fees | | | |
| Filing Fee | | 0.00 | |
| Notice Fee | | 0.00 | |
| Attorney Fee | | 1,810.00 | |
| Trustee Fee | | 2,302.53 | |
| Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 4,112.53 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 25,833.76 | 0.00 | 25,833.76 |
| Acct: 5413 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 741.75 | 741.75 | 0.00 | 741.75 |
| Acct: 5413 | | | | |
| ALLY FINANCIAL(*) | 14,110.25 | 14,110.25 | 1,589.29 | 15,699.54 |
| Acct: 0504 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 3,261.06 | 3,261.06 | 700.65 | 3,961.71 |
| Acct: 1019 | | | | |
| | | | | 46,236.76 |
| **Priority** | | | | |
| JOHN R LHOTA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMBER D HALLDIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMBER D HALLDIN | 137.58 | 137.58 | 0.00 | 0.00 |
| Acct: | | | | |
| AMBER D HALLDIN | 53.12 | 53.12 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Priority | | | | |
| AMBER D HALLDIN | 160.48 | 160.48 | 0.00 | 0.00 |
| Acct: | | | | |
| AMBER D HALLDIN | 966.00 | 966.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMBER D HALLDIN | 234.39 | 234.39 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN R LHOTA ESQ | 1,810.00 | 1,810.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 967.00 | 967.00 | 0.00 | 967.00 |
| Acct: 9003 | | | | |
| INDIANA COUNTY PROTHONOTARY & CLI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXX2010 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9003 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX JAD | | | | |
| | | | | 1,277.00 |
| Unsecured | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9003 | | | | |
| AETNA CASUALTY & SURETY CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK/UNIVERSAL CARD SVCS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 7,320.05 | 0.00 | 0.00 | 0.00 |
| Acct: 0111 | | | | |
| CAMBRIA THRIFT CONSUMER DISC CO++ | 2,044.27 | 0.00 | 0.00 | 0.00 |
| Acct: 4192 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,678.61 | 0.00 | 0.00 | 0.00 |
| Acct: 4078 | | | | |
| DISCOVER BANK(*) | 2,511.19 | 0.00 | 0.00 | 0.00 |
| Acct: 3441 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 4,767.29 | 0.00 | 0.00 | 0.00 |
| Acct: 4661 | | | | |
| LVNV FUNDING LLC | 1,129.97 | 0.00 | 0.00 | 0.00 |
| Acct: 2115 | | | | |
| INTERNAL REVENUE SERVICE* | 147.21 | 0.00 | 0.00 | 0.00 |
| Acct: 9003 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 125.50 | 0.00 | 0.00 | 0.00 |
| Acct: 3147 | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                  47,513.76

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,277.00 |
| SECURED | 18,113.06 |
| UNSECURED | 19.724.09 |

Date: 09/13/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com