# Community Loan Servicing

P.O. Box 331409
Miami FL  33233-1409

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER:**
**ESCROW ANALYSIS DATE: 04/04/2022**

Amber D Halldin
C/O John R Lhota
John R Lhota
110 N 2nd St
Clearfield, PA 16830-2582

98

### ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS

| | |
|---|---|
| MORTGAGE INS | $332.76 |
| TAXES | $528.42 |
| TAXES | $320.50 |
| HAZARD INS | $783.00 |
| Total | $1,964.68 |

$1,964.68 / 12 months =

Escrow Payment Calculation        $163.73

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $228.85 |
| Required Escrow Payment | $163.73 |
| Shortage/Surplus Spread | |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |

| | |
|---|---|
| **Total Payment** | **$392.58** |
| **New Payment Effective Date:** | **06/01/2022** |
| Current Payment Due Date: | 08/01/2021 |

This statement provides a detailed summary of activity related to your escrow account. Community Loan Servicing maintains your escrow account to pay such items as property taxes, insurance premiums, and/or mortgage insurance. The escrow items to be disbursed from your account over the next twelve months are summarized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 06/2022 through 05/2023 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included. This also includes the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | | PAYMENTS FROM ESCROW ACCOUNT | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|---|
| | | MIP/PMI | FLOOD | HAZ. INS | WIND INS. | TAXES | TAX DESC. | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | | $356.25[1] | $407.91[2] |
| JUN 22 | $163.73 | $27.73 | | | | | | $492.25 | $543.91 |
| JUL 22 | $163.73 | $27.73 | | | | | | $628.25 | $679.91 |
| AUG 22 | $163.73 | $27.73 | | | | $528.42 | SCHOOL TAX | $235.83 | $287.49 |
| SEP 22 | $163.73 | $27.73 | | | | | | $371.83 | $423.49 |
| OCT 22 | $163.73 | $27.73 | | | | | | $507.83 | $559.49 |
| NOV 22 | $163.73 | $27.73 | | | | | | $643.83 | $695.49 |
| DEC 22 | $163.73 | $27.73 | | | | | | $779.83 | $831.49 |
| JAN 23 | $163.73 | $27.73 | | | | | | $915.83 | $967.49 |
| FEB 23 | $163.73 | $27.73 | | | | | | $1,051.83 | $1,103.49 |
| MAR 23 | $163.73 | $27.73 | | | | | | $1,187.83 | $1,239.49 |
| APR 23 | $163.73 | $27.73 | | | | | | $1,323.83 | $1,375.49 |
| APR 23 | | | | $783.00 | | | | $1,003.33 | $1,054.99 |
| APR 23 | | | | | | $320.50 | TOWN TAX | $220.33 * | $271.99 LP |
| MAY 23 | $163.73 | $27.73 | | | | | | $356.33 | $407.99 |
| Total | $332.76 | | | $783.00 | | $848.92 | | | |

(1)  Your current escrow balance is negative $1,230.61. To project the next year's tax and insurance payment we added $1,962.82 for payments not yet made and subtracted $375.96 for disbursement not yet made.  This brings your projected starting balance to $356.25 (see breakdown on next page).

(LP)  The lowest (LP) required escrow balance for the next 12 months is scheduled to be $271.99 (cushion) which is 1/6 of the anticipated escrow account installment. Under Federal Law (RESPA) or applicable state law, a cushion in your escrow account is permitted (excluding MIP/PMI).

(*)  Your lowest (*) projected escrow balance for the next 12 months is scheduled to be $220.33. Your bankruptcy escrow claim amount of $503.75 will be added to your escrow balance.  The difference between the lowest projected balance, bankruptcy escrow claim amount and cushion is $452.09. This results in a surplus once all the payments not yet made for the tax and insurance portion are received.

(2)  Based on the escrow account projection for the coming year indicated above, your escrow account requires a starting escrow balance of $407.91 to arrive at the lowest (LP) required escrow balance.

The projected escrow surplus is only valid for loans that are current at the time of the analysis. An account is current if payment is received within 30 days of the payment due date.

**This escrow analysis is based on the assumption that all escrow advances made on your loan prior to your bankruptcy filing date are included in your bankruptcy plan and will be paid through that plan. In other words, we are only analyzing for taxes (and insurance if applicable) that will come due after your current bankruptcy filing date.**

**IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.**

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY**

Account Number: ███████                                  Name: Amber D Halldin

This is a statement of actual activity in your escrow account from 11/2021 through 05/2022. Last year's projections are next to the actual activity.  No prior escrow analysis at Community.  An asterisk(*) indicates a difference from a previous estimate either in the date or the amount.  An 'E' indicates a projected disbursement or payment.

Your anticipated low point may or may not have been reached based on one or more of the following factors:

| PAYMENT(S) | TAXES | INSURANCE |
|---|---|---|
| • Monthly payment(s) were received less than OR greater than expected | • Tax rate and/or assessed value changed | • Premium changed |
| • Monthly payment(s) were received earlier OR later than expected | • Exemption status lost or changed | • Coverage changed |
| • Previous overage was returned to escrow | • Supplemental/Delinquent tax paid | • Additional premium paid |
| • Previous deficiency/shortage not paid entirely | • Tax bill paid earlier OR later than expected | • Insurance bill paid earlier OR later than expected |
|  | • Tax installment not paid | • Premium was not paid |
|  | • Tax refund received | • Premium refund received |
|  | • New tax escrow requirement paid | • New  insurance escrow requirement paid |
|  |  | • Force placed insurance premium paid |

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL |  |  |  |  |  | $0.00 | $804.24- |
| DEC 21 |  | $155.85 * |  | $27.73  * | RISK BASED P | $0.00 | $676.12- |
| JAN 22 |  | $155.85 * |  | $27.73  * | RISK BASED P | $0.00 | $548.00- |
| FEB 22 |  |  |  | $27.73  * | RISK BASED P | $0.00 | $575.73- |
| MAR 22 |  | $155.85 * |  | $27.73  * | RISK BASED P | $0.00 | $447.61- |
| MAR 22 |  |  |  | $783.00  * | HAZARD INS | $0.00 | $1,230.61- L |
| APR 22 |  | $1,798.55 *E |  | $27.73  *E | RISK BASED P | $0.00 | $540.21 |
| APR 22 |  |  |  | $320.50  *E | TOWN TAX | $0.00 | $219.71 |
| MAY 22 |  | $164.27 *E |  | $27.73  *E | RISK BASED P | $0.00 | $356.25 |
| Total | $0.00 | $2,430.37 | $0.00 | $1,269.88 |  |  |  |

* = indicates a difference from a previous estimate either in the date or the amount
'E' = projected disbursement or payment
'L' = Lowest Escrow Balance

**Starting Projected Escrow Balance:**

| | |
|---|---|
| Current Escrow Balance | $1,230.61- |
| Payments Not Yet Made | $1,962.82 |
| Disbursements Not Yet Made | $375.96 |
| Projected Escrow Balance | $356.25 |

The above table may not show one scheduled PMI payment from the escrow account.

At the time of your escrow account review, your expected lowest balance was $0.00 (cushion) or 1/6 of the anticipated escrow payment. Your actual lowest escrow balance was negative $1,230.61, as shown in the above "Account History".

## General SOL Disclaimer:
If you are a successor in interest to the above-referenced property, please note that the following disclosures are being provided pursuant to applicable state law. However, you are not liable for the above-referenced mortgage obligation until you assume the mortgage obligation under applicable state law.

The law limits how long a debt can be sued on. We will not sue for any portion of the loan obligation for which the applicable statute of limitations has expired. However, if the debt is not paid, we may report it to the credit reporting agencies as unpaid to the extent permitted by applicable law. If you would like to learn more about your legal rights and options, you can consult an attorney or a legal assistance or legal aid organization.

**Confirmed SII Disclaimer:** If you are a confirmed successor in interest of the account, unless you assume the mortgage loan obligation under state law, you are not personally liable for the mortgage debt and cannot be required to use your own assets to pay the mortgage debt. The investor may require that you assume the loan in order to complete the Modification process.

Community Loan Servicing, LLC is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non bankruptcy law and/or informational purposes only. It does not constitute an attempt to collect a debt, to reaffirm a debt, or to impose any personal liability on you. Nothing in this letter (including our use of the words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged.  If your original obligation was discharged, any payment you make on the account is voluntary, but we still have rights under the security instrument, including the right to foreclose on the property. If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number. Community Loan Servicing, LLC., NMLS no. 2469.

**Should you require additional information, please call Customer Service: 1-800-457-5105**
**Mon-Fri, 8:00 a.m. to 7:00 p.m., EST**
**www.communityloanservicing.com**

**The following mailing address must be used for all Error Notices & Information Requests: Community Loan, LLC, Customer Support, 4425 Ponce De Leon Boulevard, 5th Floor, Coral Gables, FL 33146.**