# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Amber D. Halldin a/k/a Amber Hiltabidle a/k/a Amber Free**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 17-70357 JAD**<br><br>**Chapter 13** |
| **Lakeview Loan Servicing, LLC**<br>　　　　　　　　　　**Movant**<br>**vs.**<br><br>**Amber D. Halldin a/k/a Amber Hiltabidle a/k/a Amber Free**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour,**<br>　　　　　　　　　　**Trustee** | **Related to Claim No. 11-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 12, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Amber D. Halldin a/k/a Amber Hiltabidle a/k/a Amber Free
PO Box 53
Lucernemines, PA 15754

Attorney for Debtor(s)
John R. Lhota, Esq.
110 North Second Street
Clearfield, PA 16830

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: April 12, 2023

　　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com